THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Longeno Odinga Mack, Appellant.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court Judge
Unpublished Opinion No. 2007-UP-473
Submitted October 1, 2007  Filed October
 11, 2007    
APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz, III, South Carolina of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Longeno Odinga
 Mack appeals his guilty pleas for resisting arrest, possession of crack with
 intent to distribute (second offense), possession of cocaine with intent to
 distribute (second offense), and possession of marijuana with intent to
 distribute (second offense).  He asserts his guilty plea was rendered
 conditional and therefore invalid by the trial judge informing him of the right
 to an appeal. After a thorough review of
 the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Macks appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.